IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES RAY DORSEY, | § | |
| (TDCJ-CID #859151) | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-1342 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on September 7, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge